UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | Civil Action No. 11-cv-267 |
| ) | |
| v. ) | |
| ) | **COMPLAINT** |
| MISSOULA MAC, INC., ) d/b/a McDONALD'S RESTAURANTS, ) ) | (Jury Trial Demand) |
| Defendant. ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices based on sex and retaliation and to provide appropriate relief to MyLinda Shea Ann Brown ("Brown"), Lori Dunse ("Dunse"), Samantha Gay ("Gay"), and other similarly situated female employees of defendant Missoula Mac, Inc., doing business as McDonald's, who were adversely affected by such practices. As alleged with greater particularity below, Missoula Mac violated, and continues to violate, Title VII by maintaining a policy and practice of sexually harassing Brown, Dunse, Gay, and a class of similarly situated female employees when multiple co-workers at a McDonald's restaurant in Reedsburg, Wisconsin subjected them to a sexually hostile work environment based on their gender, when it constructively discharged Brown by failing to correct sexually harassing conduct against her, and when it retaliated against Dunse and Gay by terminating their employment after they complained about sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) and -6 ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were, and are now being, committed within the jurisdiction of the United States District Court for the Western District of Wisconsin.

## PARTIES

3. Plaintiff Equal Employment Opportunity Commission ("EEOC") is the agency of the United States of America charged with administering, interpreting, and enforcing Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) and 707 of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3) and -6.

4. At all relevant times, defendant Missoula Mac, Inc. has continuously been a Wisconsin corporation doing business in the State of Wisconsin and the City of Reedsburg, and has continuously had at least 15 employees.

5. At all relevant times, Missoula Mac has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than 30 days before the institution of this lawsuit, Brown, Dunse and Gay filed charges with the EEOC alleging violations of Title VII by Missoula Mac. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least 2006, Missoula Mac has engaged in unlawful employment practices at its McDonald's restaurant at 1500 Main Street, Reedsburg, Wisconsin, in continuing violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), as follows: several male Missoula Mac employees subjected MyLinda Shea Ann Brown, Lori Dunse, Samantha Gay, and other similarly situated female employees of Missoula Mac to sexual harassment (including, but not limited to, sexual comments, kissing, touching of their private areas, and forcing their hands onto the male employees' private areas), which created a sexually hostile and offensive work environment. Despite actual and constructive notice of the situation, Missoula Mac failed and refused to take prompt and appropriate action to correct the harassment and the resulting hostile environment, forcing Brown to quit. Missoula Mac discharged Dunse and Gay after they complained repeatedly about their co-workers' behavior.

8. Missoula Mac engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), when it terminated Dunse's and Gay's employment on or about November 30, 2007 and April 10, 2008, respectively, in retaliation after they complained repeatedly about sexual harassment by male Missoula Mac employees against them and others.

9. Missoula Mac engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), when it constructively terminated Brown's employment on or about April 28, 2008, after failing and refusing to correct the sexual harassment and the resulting hostile work environment.

10. The practices complained of in Paragraphs 7, 8 and 9 above have deprived Brown, Dunse, Gay, and a class of similarly situated female employees of equal employment opportunities, and otherwise adversely affected their status as employees, because of sex.

11. The unlawful employment practices complained of in Paragraphs 7, 8 and 9 above were intentional.

12. The unlawful employment practices complained of in Paragraphs 7, 8 and 9 above were, and are, done with malice or with reckless indifference to the federally protected rights of Brown, Dunse, Gay, and other similarly situated female employees of Missoula Mac who were adversely affected by such practices based on their sex.

## PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Missoula Mac and its officers, successors, and assigns, and all persons in active concert or participation with them, from limiting, segregating, or classifying any employee in any way which would deprive, or tend to deprive, that employee of employment opportunities or otherwise adversely affect her status as an employee because of her sex, and from engaging in any employment practice which discriminates on the basis of sex.

B. Order Missoula Mac to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Missoula Mac to make whole Brown, Dunse, Gay, and other similarly situated female employees of Missoula Mac by providing appropriate backpay with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, reinstatement or front pay in lieu thereof.

D. Order Missoula Mac to make whole Brown, Dunse, Gay, and other similarly situated female employees of Missoula Mac by providing compensation for past and future

pecuniary losses resulting from the unlawful employment practices described in Paragraphs 7, 8 and 9 above, in amounts to be determined at trial.

  E. Order Missoula Mac to make Brown, Dunse, Gay, and other similarly situated female employees of Missoula Mac whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in Paragraphs 7, 8 and 9 above, including (but not limited to) emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Missoula Mac to pay Brown, Dunse, Gay, and other similarly situated female employees of Missoula Mac punitive damages for its malicious and reckless conduct described in Paragraphs 7, 8 and 9 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the EEOC its costs of this action.

### JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

         P. David Lopez
         General Counsel

         Gwendolyn Young Reams
         Associate General Counsel

         EQUAL EMPLOYMENT OPPORTUNITY
           COMMISSION
         131 M Street, N.E.
         Washington, D.C. 20507

Dated: April 13, 2011     s/ John C. Hendrickson
         John C. Hendrickson
         Regional Attorney

Dated: April 13, 2011       s/ Jean P. Kamp_____
Jean P. Kamp
Associate Regional Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Chicago District Office
500 West Madison Street - Suite 2000
Chicago, IL 60661
*Telephone*: (312) 869-8116
*E-mail*: john.hendrickson@eeoc.gov
*E-mail*: jean.kamp@eeoc.gov

Dated: April 13, 2011       s/ César J. del Peral_____
César J. del Peral
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Milwaukee Area Office
310 West Wisconsin Avenue - Suite 800
Milwaukee, WI 53203-2292
*Telephone*: (414) 297-4188    *Fax*: (414) 297-3146
*E-mail*: dennis.mcbride@eeoc.gov